UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv5243 (DLC)
VIRGIN ORBIT, LLC (As Successor to       :
Virgin Galactic, LLC),                   :    ORDER
                                         :
                     Plaintiff,          :
          -v-                            :
                                         :
ONEWEB, LTD.,                            :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the April 17, 2020 final pretrial conference is rescheduled to **April 14, 2020** at **10 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          January 27, 2020

                              _____
                                       DENISE COTE
                              United States District Judge