```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
VIRGIN ORBIT, LLC (As successor to      :
Virgin Galactic, LLC),                  :
                                        :    19cv5243 (DLC)
                    Plaintiff,          :
            -v-                         :         ORDER
                                        :
ONEWEB, LTD.,                           :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A Pretrial Order in this case is due April 3 and a bench trial is presently scheduled in this matter for April 20, 2020. In light of the COVID-19 outbreak, it is hereby

ORDERED that in their April 3 Pretrial Order, the parties shall indicate whether this matter can be submitted for decision on the written record alone or whether any party wishes to cross-examine a witness during the trial.

IT IS FURTHER ORDERED that the April 14 final pretrial conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated: New York, New York
March 23, 2020

_____
DENISE COTE
United States District Judge