```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VIRGIN ORBIT, LLC (As Successor to       :   19cv5243 (DLC)
Virgin Galactic, LLC),                   :
                                         :           ORDER
               Plaintiff,                :
                                         :
       -v-                               :
                                         :
ONEWEB, LTD.,                            :
                                         :
               Defendant.                :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 30, 2020, defendant filed a suggestion of bankruptcy, which indicated that the defendant has filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. It is hereby

ORDERED this case is stayed. The plaintiff shall submit a status report by **December 11, 2020.**

Dated:   New York, New York
         April 10, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge