```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VIRGIN ORBIT, LLC,                       :    19cv5243 (DLC)
                                         :
                        Plaintiff,       :    ORDER
            -v-                          :
                                         :
ONEWEB LTD.,                             :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 14, 2022, the plaintiff filed a letter notifying the Court that the plaintiff's claim was paid in the defendant's bankruptcy proceedings in the U.S. Bankruptcy Court for the Southern District of New York and requesting that this case be dismissed. It is hereby

ORDERED that this action is dismissed. The Clerk of Court is directed to close the case.

Dated:   New York, New York
         December 14, 2022

                                   _____
                                           DENISE COTE
                                   United States District Judge